Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BARRY LONG, RHONDA BROWN, and JONATHAN PORTER,<br><br>Plaintiffs,<br><br>v.<br><br>IMPERIAL PARKING (U.S.). LLC, a limited liability company organized in the State of Delaware; IMPERIAL PARKING CORPORATION, incorporated in the Province of British Columbia, Canada,<br><br>Defendants. | No. 2:16-cv-01622-RSM<br><br>STIPULATED MOTION AND ORDER TO DISMISS WITH PREJUDICE UNDER FEDERAL RULE OF CIVIL PROCEDURE 41 |

## I. STIPULATION

The parties to this action have reached settlement. By their attorneys of record, the parties stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the above captioned action shall be dismissed with prejudice and without court-awarded costs or attorneys' fees to either party.

DATED: July 19, 2017

STIP. MOTION AND ORDER TO DISMISS WITH
PREJUDICE UNDER FRCP 41 - 1

kg191402

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

| | |
|---|---|
| By: s/*David Whedbee*<br>David J. Whedbee, WSBA # 35977<br>davidw@mhb.com<br>Katherine C. Chamberlain, WSBA # 40014<br>katherinec@mhb.com<br>MacDONALD HOAGUE & BAYLESS<br>*705 2nd Avenue, Suite 1500*<br>*Seattle, WA 98104*<br>*206-622-1604* | By: s/*Amanda Beane*<br>Amanda Beane, WSBA No. 33070<br>ABeane@perkinscoie.com<br>Attorneys for Defendants Imperial Parking (U.S.), LLC<br>Perkins Coie LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Telephone: 206.359.8000<br>Facsimile: 206.359.9000 |

By s/*Conrad Reynoldson*
Conrad Reynoldson, WSBA # 48187
conrad.wacda@gmail.com
WASHINGTON CIVIL & DISABILITY ADVOCATE
*3513 NE 45th Street, Suite G*
*Seattle, WA 98105*
*(206) 855-3134*

Attorneys for Plaintiffs

STIP. MOTION AND ORDER TO DISMISS WITH PREJUDICE UNDER FRCP 41 - 2

kg191402

## II. ORDER

Based on the above Stipulation of the parties, IT IS ORDERED:

1. The above captioned action is dismissed with prejudice; and
2. No award of costs or attorneys' fees shall be made to either party.

DATED this 7 day of August, 2017.

                                                      RICARDO S. MARTINEZ
                                                     CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

MacDonald Hoague & Bayless

By: s/*David J. Whedbee*
      David J. Whedbee, WSBA #35977
Attorneys for Plaintiffs

STIP. MOTION AND ORDER TO DISMISS WITH
PREJUDICE UNDER FRCP 41 - 3

kg191402

**MACDONALD HOAGUE & BAYLESS**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961